HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
JEFFREY TECHAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-PO-00301-DB |
| --- | --- | --- |
| | ) | 2:16-PO-00302-DB |
| Plaintiff, | ) | 2:16-PO-00461-DB |
| | ) | |
| vs. | ) | STIPULATION AND [PROPOSED] ORDER TO |
| | ) | VACATE STATUS CONFERENCE AND SET A |
| JEFFREY TECHAU, | ) | CHANGE OF PLEA HEARING |
| | ) | |
| Defendant. | ) | Date:  February 7, 2017 |
| | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between Special Assistant United States Attorney Robert Artuz and Chief Assistant Federal Defender Linda Allison, attorney for Jeffrey Techau, that the status conference set for February 7, 2017 be vacated and a change of plea hearing be set on February 7, 2017 at 10:00 a.m.

The parties have reached plea negotiations and the defendant is prepared to change his plea.

DATED: February 2, 2017              Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/Linda Allison
                                     LINDA ALLISON
                                     Chief Assistant to the Federal Defender
                                     Attorneys for Defendant
                                     JEFFREY TECHAU

/ / /

Stipulation and [Proposed] Order           -1-

DATED:  February 7, 2017        PHILLIP A. TALBERT
                                United States Attorney

                                /s/
                                ROBERT ARTUZ
                                Special Assistant U.S. Attorney
                                Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the status conference set for February 7, 2017 be vacated, and a change of plea hearing be set for February 7, 2017 at 10:00 a.m.

Dated:  February 6, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE